**FAHIEN–TEHAN COMPANY et al., Appellants, v. P. H. MORTON, d. b. a., Morton Art Bulletin System, Appellee.**

No. 7937.

Circuit Court of Appeals, Sixth Circuit.

June 6, 1938.

Cole & Hodge, of Springfield, Ohio, for appellants.

Sidney G. Kusworm and Pickrel, Schaeffer, Harshman & Young, all of Dayton, Ohio, for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

In accordance with the stipulation of counsel the appeal in this case is dismissed at the cost of appellants.